**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6321

WARREN CHASE,

Plaintiff - Appellant,

v.

WAYNE M. EVERD; THE ANNAPOLIS POLICE DEPARTMENT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge.
(1:07-cv-02581-CCB)

Submitted: May 22, 2008                    Decided: May 30, 2008

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Warren Chase, Appellant Pro Se. Michael John Winkelman, MCCARTHY
& COSTELLO, LLP, Bowie, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Chase appeals the district court's order dismissing his complaint seeking the return of property and money as frivolous. We have reviewed the record and find no reversible error. Accordingly, we dismiss the appeal for the reasons stated by the district court. See Chase v. Everd, No. 1:07-cv-02581-CCB (D. Md. Jan. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -